441 A.2d 464

In the Interest of Brand.

Appeal of Brown.

Submitted June 24, 1981. John L. Walder, for appellant; Thomas A. Landis, Assistant Public Defender, for appellee; Richard F. Faux, Assistant County Solicitor, for Children and Youth, participating party; Albert L. Chase, for Children's Aid, participating party.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Affirmed.

441 A.2d 464

Levy, Appellant v. Capital Cities Communications, Inc.

Argued September 11, 1981. John I. McMahon, for appellant; Robert J. Spiegel, for appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Order affirmed.